UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:23 CR 124 |
| | ) | |
| RASSON VALENTINE | ) | |

**O R D E R**

Pursuant to the Report and Recommendation of the United States Magistrate Judge (DE # 24), to which objections have been waived, the Magistrate Judge's findings and recommendations are now **ADOPTED**. The court accepts the Agreed Disposition of Supervised Release Violation. (DE # 21.) The court **REVOKES** defendant's term of supervised release and sentences defendant to a term of seven months' incarceration, with no additional term of supervised release to follow. The court **RECOMMENDS** that the Bureau of Prisons designate as the place of defendant's confinement, if such placement is consistent with defendant's security classification as determined by the Bureau of Prisons, a residential re-entry center where he may receive transition services as deemed necessary, and that defendant be placed in a residential re-entry center as close as possible to Chicago, Illinois.

**SO ORDERED.**

Date: July 12, 2024

s/James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT